**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-2216**

─────────────

CHRISTOPHER YOUNG,

       Plaintiff - Appellant,

     v.

ARGOS USA, LLC,

       Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Bruce H. Hendricks, District Judge.  (9:19-cv-03073-BHH)

─────────────

Submitted:  March 7, 2023                          Decided:  June 16, 2023

─────────────

Before AGEE and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF**: Joshua R. Fester, LAW OFFICE OF DARRELL THOMAS JOHNSON, JR, Hardeeville, South Carolina, for Appellant.  Rodney A. Satterwhite, Igor Babichenko, MCGUIREWOODS LLP, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Young appeals the district court's order granting Argos USA, LLC's motion to dismiss his complaint, in which Young raised claims of wrongful discharge in violation of public policy, defamation, retaliatory termination in violation of the False Claims Act ("FCA"), 31 U.S.C. § 3730(h), and abuse of process, as well as the court's order denying Young's motions for reconsideration and to amend his complaint. We have reviewed the record and found no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Young v. Argos USA, LLC*, No. 9:19-cv-03073-BHH (D.S.C. Oct. 26, 2020 & Sept. 21, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*